448 A.2d 1192

Martzall, Appellant v. Boll.

Petition for Allowance of Appeal Denied Nov. 9, 1982.

Argued December 15, 1981.  David J. Brightbill, for appellant;  H. Rank Bickel, Jr. and James T. Reilly, submitted a brief on behalf of appellees.

Before WICKERSHAM, BECK and POPOVICH, JJ.

Judgment affirmed.

448 A.2d 1192

McDonough, Appellant v. Gulf Ins. Co., et al.

Argued June 13, 1979.  Harry R. Nixon, for appellant;  James M. Marsh, for Gulf, appellee;  Alexander Kerr, for Reserve, appellee.

Before SPAETH, STRANAHAN and SUGERMAN, JJ.*

The order of the lower court is hereby affirmed.